UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WAZIM KARIM,

                      Plaintiff,                        JUDGMENT

v.                                                    24-cv-03905 (MKB) (MMH)

PORT BROKERS, INC.,

                      Defendant.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 23, 2025; and Defendant PORT BROKERS, INC., having offered to allow entry of judgment to be taken against them and in favor of Plaintiff WAZIM KARIM in the sum of Eighteen Thousand Dollars ($18,000), inclusive of all attorneys' fees, costs, and expenses accrued as of this date and apportioned to the legal representation of Plaintiff; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff WAZIM KARIM and against Defendant PORT BROKERS, INC. in the sum of Eighteen Thousand Dollars ($18,000), inclusive of all attorneys' fees, costs, and expenses accrued as of this date and apportioned to the legal representation of Plaintiff.

Dated:  Brooklyn, New York                                      Brenna B. Mahoney
          January 28, 2025                                       Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                       Deputy Clerk